SEPTEMBER 22, 2026

**KELLOGG V. MCALLISTER TOWING OF CONNECTICUT, LLC, ET AL.**
**CASE NO. 126CV14258PGL**

# RETURN OF SERVICE

*I this day SERVED the within named* MCALLISTER TOWING AND TRANSPORTATION COMPANY INC
C/O CSC

9/22/2026 @9:30AM- IN HAND TO JIM DIVINCENZO, CLERK. SERVED BY JOHN RYMASZEWSKI-PROCESS SERVER

*No.* 84 STATE ST
*in the city/town of* BOSTON, *an attested copy of the SUMMONS; COMPLAINT AND DEMAND FOR JURY TRIAL*

*Service and travel* $ 65

John Rymaszewski

Process Server/